IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:23-CR-65-6D-RJ

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>WILLIAM WARD, )<br>)<br>Defendant. ) | **ORDER** |

On June 1, 2023, a criminal complaint was filed charging Defendant William Ward with conspiracy to distribute controlled substances in violation of 21 U.S.C. § 846. (Crim. Compl. [DE #1].) Defendant was arrested and had an initial appearance in the United States District Court for the Central District of California on June 6, 2023. Defendant was advised of his rights pursuant to Rules 5 and 20 of the Federal Rules of Criminal Procedure (Advisement of Rights [DE #204-3]) and waived his right to an identity hearing and production of the warrant (Waiver of Rights [DE #204-2]). Defendant was released on conditions, including pretrial supervision, (Release Order [DE #204]) and subsequently waived his right to a preliminary hearing (Waiver of Prelim. Hr'g [DE #204-1]).

On June 27, 2023, an indictment was returned charging Defendant with conspiracy to distribute and possess with intent to distribute fifty (50) kilograms or more of marijuana in violation of 21 U.S.C. § 846. Defendant is scheduled to appear in this court on January 30, 2024, for an initial appearance on the indictment.

On January 4, 2024, counsel for Defendant filed a written waiver acknowledging that Defendant was previously advised of his rights pursuant to Rules 5 and 20 at an initial appearance held in the Central District of California and waiving any right Defendant may have to an initial appearance in this court. (Waiver of IA [DE #214].) Defendant consented

by execution of a separate waiver filed January 11, 2024. (Waiver of IA [DE #218].) Based upon the written waivers executed by Defendant and his attorney, the court finds that Defendant has knowingly and voluntarily waived any right he may have to an initial appearance and advisement of rights in this district or on the indictment. With the consent of the Government as represented by counsel for Defendant, the court accepts Defendant's waiver and ORDERS that Defendant be continued on release under the conditions imposed by the United States District Court for the Central District of California (Release Order [DE #204]). The Clerk is directed to terminate the initial appearance hearing scheduled for January 30, 2024.

This 12th day of January 2024.

_____
KIMBERLY A. SWANK
United States Magistrate Judge