IN THE UNITED STATES DISTRICT COURT
FOR EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:23-CR-65-D

UNITED STATES OF AMERICA

vs.

WILLIAM WARD

ORDER

This matter is before the Court on Defendant's Motion to Seal Docket Entry 857 pursuant

to Local Rule 55.2, and the Court finding good cause, the Motion is hereby GRANTED. Docket

Entry 857 shall remain sealed until further Order of the Court.

SO ORDERED. This **18** day of March, 2026

James C. Dever III
United States District Judge

1